**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**LUISA ARIANNI PEREZ-PELAEZ**                    **CASE NO.  6:26-CV-01653 SEC P**
**#A207-080-821**

**VERSUS**                                        **JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS**                     **MAGISTRATE JUDGE HORNSBY**
**ENFORCEMENT**

### JUDGMENT

Before the Court is the Report and Recommendation ("R&R") of the Magistrate

Judge recommending the dismissal of this action for failure to prosecute. (Doc. 8).

Having considered the R&R, the entire record, and the Court having confirmed that

Petitioner was granted voluntary departure to Mexico and is no longer in the custody

of the Department of Homeland Security,

IT IS HEREBY ORDERED that the Petition of Writ of Habeas Corpus be

DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 17th day of July, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE